UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

REX FABRICS, a California Corporation,  :  17-Cv-4736 (SHS)

                      Plaintiff,  :

  -v-                                    ORDER

                                          :

SPANDEX HOUSE, a New York Corporation,
and DOES 1 THROUGH 10,  :

                   Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that there will be a conference on July 13, 2022, at 3:30 p.m., for the Court to read an opinion on defendant Spandex House's motion for summary judgment. The conference will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, Courtroom 23A. California and Maine counsel may appear via telephone by dialing 888-273-3658 and using access code 7004275.

Dated: New York, New York
       July 11, 2022

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.