UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REX FABRICS, a California Corporation,  :   17-Cv-4736 (SHS)

             Plaintiff,  :
-v-                                 ORDER

                                                    :
SPANDEX HOUSE, a New York Corporation,

             Defendant.  :
------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held yesterday, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, Defendants' motion for summary judgment [Doc. No. 98] is granted in part and denied in part;

    2.    Plaintiff has withdrawn all claims regarding the "Love Mee" design with prejudice;

    3.    Any motion for reconsideration of this decision is due by July 22, 2022, any response is due by July 29;

    4.    The parties shall notify the Court in writing on or before July 27, 2022, regarding whether a settlement has been reached in this matter or if they would like the case to be referred to a magistrate judge for settlement;

    5.    The joint pretrial order, any motions in limine, proposed jury charges, and, if the parties wish, proposed voir dire, are due on or before October 17; responses to any motions are due by October 25;

    6.    There will be a final pretrial conference on October 31, 2022, at 2:00 p.m.; and

    7.    The trial of this matter shall commence on November 7, 2022, at 9:30 a.m.

Dated: New York, New York
       July 14, 2022

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.