

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

July 26, 2022

**VIA ECF**
Honorable Sidney H. Stein
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1313

**MEMO ENDORSED**

RE:   *Rex Fabrics v. Spandex House, Inc., et al*,
Civil Action No. 1:17-cv-04736 (SHS)

Dear Judge Stein:

This firm represents Defendant Spandex House, Inc. ("Spandex House"). In accordance with Rule 1 E. of Your Honor's Individual Rules, we write this letter jointly with counsel for Plaintiff Rex Fabrics, Inc. ("Rex") to request a two (2) week extension of the time to notify the Court whether a settlement has been reached or if they would like the case referred to a magistrate judge for settlement. (Please See, Dkt. No. 130)

The original date to report to the Court is July 27, 2022. No previous request for an extension of this date has been made. All parties join in this request. If this request is granted, the parties would have until August 10, 2022 to report back to the Court.

Good cause exists for this request. Since the Court's decision on Spandex House's summary judgment motion on July 13, 2022, counsel for the parties have discussed their positions and exchanged good faith settlement proposals. While some progress has been made, the parties request more time to try to reach a settlement without the necessity of mediation with a magistrate judge.

Respectfully submitted,
STERN & SCHURIN LLP

*Richard S. Schurin*

Richard S. Schurin

**The parties shall report to the Court regarding settlement on or before August 10, 2022**

Dated: New York, New York
July 27, 2022

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.