

RICHARD S. SCHURIN
STEVEN STERN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

August 10, 2022

**VIA ECF**
Honorable Sidney H. Stein
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1313

**MEMO ENDORSED**

RE: *Rex Fabrics v. Spandex House, Inc., et al,*
Civil Action No. 1:17-cv-04736 (SHS)

Dear Judge Stein:

This firm represents Defendant Spandex House, Inc. ("Spandex House"). We write this letter jointly with counsel for Plaintiff Rex Fabrics, Inc. ("Rex") to advise the Court that the parties are making progress on settlement but have still not reached final agreement. Accordingly, we request a further one (1) week extension of the time to notify the Court whether a settlement has been reached or if they would like the case referred to a magistrate judge for settlement. (Please See, Dkt. No. 130)

The original date to report to the Court was July 27, 2022. One previous request for an extension of this date was granted until August 10, 2022. All parties join in this request. If this request is granted, the parties would have until August 17, 2022 to report back to the Court.

Respectfully submitted,
STERN & SCHURIN LLP
*Richard S. Schurin*

Richard S. Schurin

**The request for an extension until August 17 to notify the Court as to whether a settlement has been reached is granted.**

Dated: New York, New York
August 11, 2022

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.