UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| REX FABRICS, a California Corporation, | : | 17-Cv-4736 (SHS) |
| Plaintiff, | : | |
| -v- | | ORDER |
| | : | |
| SPANDEX HOUSE, a New York Corporation, | | |
| | : | |
| Defendant. | | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received the parties' joint letter dated August 24, 2022 [Doc. No. 137], stating that the parties "have reached a settlement in principle and are currently negotiating the final language of the settlement."

      IT IS HEREBY ORDERED that:

      1.      The parties shall finalize the resolution of this matter and dismiss this action with prejudice and with each party bearing its own costs and fees on or before October 25, 2022;

      2.      If the parties fail to do so, the joint pretrial order, any motions in limine, proposed jury charges, and, if the parties wish, proposed voir dire, are due on or before November 28, 2022;

      3.      The responses to any motions are due by December 5, 2022;

      4.      The final pretrial conference is adjourned to December 12, 2022, at 9:30 a.m.; and

      4.      The trial of this action is adjourned to December 19, 2022, at 9:30 a.m. in Courtroom 23A.


Dated: New York, New York
       August 25, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.